IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Composition Roofers Local No. 42　　　　　:
Pension Fund, et. al.,
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff(s),　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Case Number: 1:10cv622
　　vs.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Chief Judge Susan J. Dlott
Breese Company,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant(s).　　　　　　　　　　　:

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 30, 2011 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 14, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiffs' motion for default judgment (Doc. 10) is **GRANTED.**

Judgment is entered against defendant in the total amount of $107,471.24, plus $909.59 interest per month after January 20, 2011 until such time as final judgment is paid, as damages are a sum certain and Affidavits supporting the amount due have been submitted and reviewed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　s/Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　　　Chief Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　　　United States District Court